GLADYS McMASTER, Respondent, v. EMILY KNIGHT, as Executrix, etc., of ANDREW A. KNIGHT, Deceased, Appellant.— Judgment and order affirmed, with costs. We think that the irregularity of the infancy real estate proceeding was immaterial under the facts in this case. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY SULLIVAN, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

LOUISA DREWS, Respondent, v. CITY OF BUFFALO and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

TOWN OF ELLICOTTVILLE, Respondent, v. FRANK H. ORNCE, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

JAMES PENDERGAST, Appellant, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

L. N. JACKSON COMPANY, INCORPORATED, Respondent, v. ERIE COUNTY TRUST COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

BARBARA WAGONBLATT, as Administratrix, etc., of JOSEPH WAGONBLATT, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Assessment of the Transfer Tax in the Estate of JOHN A. ROBERTS, Deceased.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

MARY S. HABGOOD and Others, Appellants, v. VAN DYKE TAXI & TRANSFER, INCORPORATED, and Another, Respondents.— Motion to strike out certain portions of appellants' brief granted, with ten dollars costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

CHARLES T. EVANS, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

MARY ALICE EVANS, an Infant, by Her Guardian ad Litem, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

CHARLES H. INGRAHAM, Appellant, v. MARIE S. INGRAHAM, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.